UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANCIS FERRARI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No. CV 07-639 FFM<br><br>JUDGMENT OF REMAND |

　　The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated September 26, 2008.


DATED: September 26, 2008　　　　　　　　/S/ FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge